CHARLES DOHSE, Respondent, *v.* THE VILLAGE OF BATAVIA, Appellant.

*Dohse* v. *Village of Batavia,* 100 App. Div. 512, affirmed.
(Argued June 11, 1906; decided June 21, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 23, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Frank S. Wood* for appellant.

*George W. Watson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: GRAY, J.